

BRADLEY M. ZAMCZYK (151753)
JOANNA BRAYNIN (238563)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendants
HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, GLASSBERG, POLLAK & ASSOCIATES

ORIGINAL FILED
07 NOV -8 PM 1:39
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ADEIFE OMOTADE<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD B. GLASSBERG, HAROLD B. AUERBACH, JON-MICHAEL McSWEENY, ROBERT L. POLLAK, GLASSBERG, POLLAK & ASSOCIATES, NORTHFIELD MOUNT HERMON SCHOOL, A CORPORATION, AND DOES 1-25<br><br>Defendants. | CV 07 5683 Case No: TO BE ASSIGNED<br><br>**DEFENDANTS' HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL MCSWEENEY, AND GLASSBERG, POLLAK & ASSOCIATES DEMAND FOR A JURY TRIAL**<br><br>Complaint Filed: October 2, 2007 |

**TO THE CLERK OF THE ABOVE CAPTIONED COURT, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** defendants HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL MCSWEENEY, and GLASSBERG, POLLAK & ASSOCIATES hereby demand trial by jury in the above captioned matter.

DATED: November 8, 2007

HINSHAW & CULBERTSON LLP

By: ______________________________
BRADLEY M. ZAMCZYK
JOANNA BRAYNIN
Attorneys for Defendants HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, GLASSBERG, POLLAK & ASSOCIATES

2964440 882097

***Omotade v. Harold B. Glassberg, et al..***
***US District Court, Northern District of California***

## PROOF OF SERVICE

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111.

On November 8, 2007, I served the within:

**DEFENDANTS' HAROLD B. GLASSBERT, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL MCSWEENY, AND GLASSBERG, POLLAK & ASSOCIATES DEMAND FOR JURY TRIAL**

on the following attorney(s) of record and/or interested parties in the above referenced case by depositing a true and correct copy (copies) by the following means:

[x] (BY MAIL) I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

[ ] (BY OVERNIGHT DELIVERY) I deposited such envelopes to be placed for collection and handling via United Parcel Service ("UPS") following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence via UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

[ ] (BY FACSIMILE TRANSMISSION) By transmitting a true copy thereof from sending facsimile machine telephone number (415) 834-9070 to the following parties at the receiving facsimile machine numbers shown below.

[ ] (BY HAND DELIVERY) By hand delivery to the following persons as noted:

Jeffrey I. Fettner, Esq.
Robbins, Fettner & LemMon
436 14th Street, Suite 405
Oakland, CA 94612
Tel: (510) 451-7128
Fax: (510) 451-0334
*Attorneys for Plaintiff Adeife Omotade*

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 8, 2007, at San Francisco, California.

Cynthia M. Peña