```
 1  BRADLEY M. ZAMCZYK (151753)
    JOANNA BRAYNIN (238563)
 2  HINSHAW & CULBERTSON LLP
    One California Street, 18th Floor
 3  San Francisco, CA 94111
    Telephone:   415-362-6000
 4  Facsimile:   415-834-9070

 5  Attorneys for Defendants
    HAROLD B. GLASSBERG, HAROLD B.
 6  AUERBACH, ROBERT L. POLLAK,
    GLASSBERG, POLLAK & ASSOCIATES
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADEIFE OMOTADE,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>HAROLD B. GLASSBERG, HAROLD B. AUERBACH, JON-MICHAEL McSWEENY, ROBERT L. POLLAK, GLASSBERG, POLLAK & ASSOCIATES, NORTHFIELD MOUNT HERMON SCHOOL, A CORPORATION, AND DOES 1-25,<br><br>　　　Defendants. | Case No: CV 07 5683 MMC<br><br>**DEFENDANTS' HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL MCSWEENY, GLASSBERG, POLLAK & ASSOCIATES NOTICE OF MOTION AND MOTION TO DISMISS (FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**<br><br>Complaint Filed: October 2, 2007<br><br>DATE:　　January 4, 2008<br>TIME:　　9:00 a.m.<br>DEPT.:　　Courtroom 7 |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 4, 2008, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Maxine M. Chesney, United States District Judge, in Courtroom 7 of the United States Courthouse located at 4050 Golden Gate Ave., San Francisco, California, defendants Harold B. Glassberg, Harold B. Auerbach, Robert L. Pollak, Jon-Michael McSweeny, and Glassberg Pollak & Associates ("Defendants") will, and hereby do move the court to dismiss all of Plaintiff's claims in its complaint.

1

  This motion is made pursuant to Federal Rule of Civil Procedure 12 (b)(6) and is brought upon the grounds that Plaintiff fails to state a claim against Defendants upon which relief may be granted. Specifically, Plaintiff's causes of action fail on the following grounds:

  (1) Plaintiff's causes of action for fraud, intentional inflection of emotional distress, negligent infliction of emotional distress, constructive fraud, abuse of process, negligence, legal malpractice, violation of the Rosenthal Fair Debt Collection Practices Act, and Unfair Business Practices are barred by the California Litigation Privilege, Cal. Civ. Code § 47(b);

  (2) Plaintiff's causes of action for constructive fraud, negligence and legal malpractice fail as Defendants did not owe Plaintiff a legal duty;

  (3) Plaintiff's causes of action for breach of contract and breach of the implied covenant of good faith and fair dealing fail because Defendants did not enter into a contract with Plaintiff;

  (4) Plaintiff's cause of action for violation of the Fair Debt Collection Practices ("FDCPA") Act fails because Defendants' alleged conduct does not amount to "communication" under the FDCPA; and,

  (5) Plaintiff does not plead a twelfth cause of action.

  This motion is made upon the pleadings and proceedings had herein, Defendants' notice of motion and motion to dismiss, plaintiff's memorandum of points and authorities filed in support of this motion, and the reply brief to accompany this motion.

DATED: November 13, 2007    HINSHAW & CULBERTSON LLP

By: _____
BRADLEY M. ZAMCZYK
JOANNA BRAYNIN
Attorneys for Defendants HAROLD B.
GLASSBERG, HAROLD B. AUERBACH,
ROBERT L. POLLAK, GLASSBERG,
POLLAK & ASSOCIATES

2964849v1 882097