BRADLEY M. ZAMCZYK (151753)
JOANNA BRAYNIN (238563)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendants
HAROLD B. GLASSBERG, HAROLD B.
AUERBACH, ROBERT L. POLLAK,
GLASSBERG, POLLAK & ASSOCIATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADEIFE OMOTADE<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD B. GLASSBERG, HAROLD B. AUERBACH, JON-MICHAEL McSWEENY, ROBERT L. POLLAK, GLASSBERG, POLLAK & ASSOCIATES, NORTHFIELD MOUNT HERMON SCHOOL, A CORPORATION, AND DOES 1-25<br><br>Defendants. | Case No: CV 07 5683 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL McSWEENY, GLASSBERG, POLLAK & ASSOCIATES MOTION TO DISMISS (FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6))<br><br>Complaint Filed: October 2, 2007<br><br>DATE:    **January 4, 2008**<br>TIME:    **9:00 a.m.**<br>DEPT.:   **Courtroom 7** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on January 4, 2008, at 9:00 a.m., Defendants' Harold B. Glassberg, Harold B. Auerbach, Robert L. Pollak, Jon-Michael McSweeny, and Glassberg, Pollak & Associates ("Defendants") Motion to Dismiss Plaintiff's Complaint Pursuant to F. R. Civ. P. Rule 12(b)(6); was heard before the Honorable Maxine M. Chesney in the above-referenced Court.

1   After reviewing the pleadings and evidence herein, and hearing oral argument, the Court
2   grants Defendants' Motion to Dismiss pursuant to F. R. Civ. P. Rule 12(b)(6). The Court finds
3   that, based upon the evidence submitted herein and under applicable Federal and California
4   authority:
5       (1) Each and every cause of action in plaintiff's complaint is dismissed as plaintiff has
6   failed to state a claim upon which relief may be granted. F. R. Civ. P. Rule 12(b)(6).
7       IT IS HEREBY ORDERED that plaintiff's complaint is dismissed with prejudice as
8   against Defendants on the foregoing grounds.
9       IT IS SO ORDERED.
10  DATED: _____, 2008

By:_____
HONORABLE MAXINE M. CHESNEY

2964853v1 882097