| | |
|---|---|
| 1 | BRADLEY M. ZAMCZYK (SBN: 151753) |
| | JOANNA BRAYNIN (SBN: 238563) |
| 2 | HINSHAW & CULBERTSON LLP |
| | One California Street, 18th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-362-6000 |
| 4 | Facsimile: 415-834-9070 |
| 5 | |
| | Attorneys for Defendants |
| 6 | HAROLD B. GLASSBERG, HAROLD B. |
| | AUERBACH, JON-MICHAEL |
| 7 | McSWEENY, ROBERT L. POLLAK, |
| | GLASSBERG, POLLAK & ASSOCIATES, |
| 8 | NORTHFIELD MOUNT HERMON |
| | SCHOOL, A CORPORATION, AND |
| | DOES 1-25 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ADEIFE OMOTADE, | Case No. CV 07 5683 MMC |
| Plaintiff, | **CERTIFICATE OF SERVICE FOR MOTION TO DISMISS (NOTICE AND MOTION, MEMORANDUM OF POINTS AND AUTHORITIES, [PROPOSED] ORDER)** |
| vs. | |
| HAROLD B. GLASSBERG, HAROLD B. AUERBACH, JON-MICHAEL McSWEENY, ROBERT L. POLLAK, GLASSBERG, POLLAK & ASSOCIATES, NORTHFIELD MOUNT HERMON SCHOOL, A CORPORATION, AND DOES 1-25 | |
| Defendants. | |

2963923..822097 **

*Omotade v. Harold B. Glassberg, et al..*
*US District Court, Northern District of California*

## PROOF OF SERVICE

I am employed in the City and County of San Francisco. I am over the age of 18 years and not a party to the within entitled action. My business address is Hinshaw & Culbertson, One California Street, 18th Floor, San Francisco, California 94111.

On November 13, 2007, I served the within:

**DEFENDANTS' HAROLD B. GLASSBERT, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL MCSWEENY, AND GLASSBERG, POLLAK & ASSOCIATES NOTICE OF MOTION AND MOTION TO DISMISS (FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

**DEFENDANTS' HAROLD B. GLASSBERT, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL MCSWEENY, AND GLASSBERG, POLLAK & ASSOCIATES MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR MOTION TO DISMISS (FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6)**

**[PROPOSED] ORDER GRANTING DEFENDANTS' HAROLD B. GLASSBERT, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL MCSWEENY, AND GLASSBERG, POLLAK & ASSOCIATES MOTION TO DISMISS (FEDERAL RULE OF CIVIL PROCEDURE 12(B)(6))**

on the following attorney(s) of record and/or interested parties in the above referenced case by depositing a true and correct copy (copies) by the following means:

[ X ]   (BY OVERNIGHT DELIVERY) I deposited such envelopes to be placed for collection and handling via United Parcel Service ("UPS") following our ordinary business practices. I am readily familiar with this business practice for collecting and processing correspondence via UPS. On the same day that material is placed for collection, it is picked up by UPS at San Francisco, California.

Jeffrey I. Fettner, Esq.
Robbins, Fettner & LemMon
436 14th Street, Suite 405
Oakland, CA  94612
Tel:   (510) 451-7128
Fax:   (510) 451-0334
*Attorneys for Plaintiff Adeife Omotade*

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on November 13, 2007, at San Francisco, California.

_____
Cynthia M. Peña

## UPS CampusShip: View/Print Label

1. **Print the label(s):**  Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the dotted line.**  Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers without a Daily Pickup**
   - Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   - Hand the package to any UPS driver in your area.
   - Take your package to any location of The UPS Store®, UPS Drop Box, UPS Customer Center, UPS Alliances (Office Depot® or Staples®) or Authorized Shipping Outlet near you. Items sent via UPS Return Services℠ (including via Ground) are accepted at Drop Boxes.
   - To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.

   **Customers with a Daily Pickup**
   - Your driver will pickup your shipment(s) as usual.

FOLD HERE

