BRADLEY M. ZAMCZYK (151753)
JOANNA BRAYNIN (238563)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:  415-362-6000
Facsimile:  415-834-9070

Attorneys for Defendants
HAROLD B. GLASSBERG, HAROLD B.
AUERBACH, ROBERT L. POLLAK,
JON-MICHAEL McSWEENY, and
GLASSBERG, POLLAK & ASSOCIATES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ADEIFE OMOTADE<br><br>Plaintiff,<br><br>vs.<br><br>HAROLD B. GLASSBERG, HAROLD B. AUERBACH, JON-MICHAEL McSWEENY, ROBERT L. POLLAK, GLASSBERG, POLLAK & ASSOCIATES, NORTHFIELD MOUNT HERMON SCHOOL, A CORPORATION, AND DOES 1-25<br><br>Defendants. | Case No: CV 07 5683 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT, TO SET ASIDE DEFAULT, AND FOR DISMISSAL OF PLAINTIFF'S EIGHTH, NINTH AND TENTH CAUSES OF ACTION AGAINST DEFENDANTS WITH PREJUDICE**<br><br>Complaint Filed: October 2, 2007 |

Defendants Harold B. Glassberg, Harold B. Auerbach, Robert L. Pollak, Jon-Michael McSweeny, and Glassberg Pollak & Associates ("Defendants") and Plaintiff Adeife Omotade by and through their attorneys of record HEREBY STIPULATE AND AGREE as follows:

1.  Defendants hereby remand this action, United States District Court, Northern District Case No. CV 07 5583 MMC, to the Superior Court of the State of California, County of San Francisco, Case No. CGC-07-467764

1

STIPULATION AND [PROPOSED] ORDER
Case No. CV 07 5683 MMC
2965445v1 882097

2.     Plaintiff agrees to set aside the entry of default against Defendants in San Francisco Superior Court Case No. CGC-07-467764 and the default is hereby set aside.

3.     Plaintiff dismisses her tenth cause of action against Defendants for violation of the Federal Debt Collection Practices Act with prejudice.

4.     Plaintiff dismisses her eighth cause of action against Defendants for breach of contract with prejudice.

5.     Plaintiff dismisses her ninth cause of action against Defendants breach of the implied covenant of good faith and fair dealing with prejudice.

6.     No party shall recover attorneys' fees incurred pursuant to remand.

**IT IS SO STIPULATED.**

DATED: December 3, 2007

ROBBINS, FETTNER & LEMMON

By: _____
JEFFREY I. FETTNER
Attorneys for Plaintiff ADEIFE OMOTADE

DATED: December 3, 2007

HINSHAW & CULBERTSON LLP

By: _____
BRADLEY M. ZAMCZYK
Attorneys for Defendants HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL McSWEENY, and GLASSBERG, POLLAK & ASSOCIATES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

MAXINE M. CHESNEY
JUDGE OF THE U.S. DISTRICT COURT

2

STIPULATION AND [PROPOSED] ORDER
Case No. CV 07 5683 MMC
2965445v1 882097