1  BRADLEY M. ZAMCZYK (151753)
   JOANNA BRAYNIN (238563)
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:   415-362-6000
4  Facsimile:   415-834-9070

5  Attorneys for Defendants
   HAROLD B. GLASSBERG, HAROLD B.
6  AUERBACH, ROBERT L. POLLAK,
   JON-MICHAEL McSWEENY, and
7  GLASSBERG, POLLAK & ASSOCIATES

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12 ADEIFE OMOTADE                  ) Case No: CV 07 5683 MMC
                                   )
13        Plaintiff,                ) **STIPULATION AND [PROPOSED]**
                                   ) **ORDER TO REMAND ACTION TO**
14        vs.                       ) **STATE COURT, TO SET ASIDE**
                                   ) **DEFAULT, AND FOR DISMISSAL OF**
15 HAROLD B. GLASSBERG, HAROLD B.   ) **PLAINTIFF'S EIGHTH, NINTH AND**
   AUERBACH, JON-MICHAEL McSWEENY, ) **TENTH CAUSES OF ACTION AGAINST**
16 ROBERT L. POLLAK, GLASSBERG,     ) **DEFENDANTS WITH PREJUDICE**
   POLLAK & ASSOCIATES, NORTHFIELD )
17 MOUNT HERMON SCHOOL, A           ) Complaint Filed: October 2, 2007
   CORPORATION, AND DOES 1-25       )
18                                  )
          Defendants.                )
19                                  )
                                   )
20

21        Defendants Harold B. Glassberg, Harold B. Auerbach, Robert L. Pollak, Jon-Michael

22 McSweeny, and Glassberg Pollak & Associates ("Defendants") and Plaintiff Adeife Omotade by

23 and through their attorneys of record HEREBY STIPULATE AND AGREE as follows:

24        1.   Defendants hereby remand this action, United States District Court, Northern

25 District Case No. CV 07 5583 MMC, to the Superior Court of the State of California, County of

26 San Francisco, Case No. CGC-07-467764

27

28                                    1
                                        STIPULATION AND [PROPOSED] ORDER
                                                    Case No. CV 07 5683 MMC
                                                            2965445v1 882097

2. Plaintiff agrees to set aside the entry of default against Defendants in San Francisco Superior Court Case No. CGC-07-467764 and the default is hereby set aside.

3. Plaintiff dismisses her tenth cause of action against Defendants for violation of the Federal Debt Collection Practices Act with prejudice.

4. Plaintiff dismisses her eighth cause of action against Defendants for breach of contract with prejudice.

5. Plaintiff dismisses her ninth cause of action against Defendants breach of the implied covenant of good faith and fair dealing with prejudice.

6. No party shall recover attorneys' fees incurred pursuant to remand.

**IT IS SO STIPULATED.**

DATED: December 3, 2007          ROBBINS, FETTNER & LEMMON

By: _____
JEFFREY I. FETTNER
Attorneys for Plaintiff ADEIFE OMOTADE

DATED: December 3, 2007          HINSHAW & CULBERTSON LLP

By: _____
BRADLEY M. ZAMCZYK
Attorneys for Defendants HAROLD B. GLASSBERG, HAROLD B. AUERBACH, ROBERT L. POLLAK, JON-MICHAEL McSWEENY, and GLASSBERG, POLLAK & ASSOCIATES

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: December 4, 2007

_____
MAXINE M. CHESNEY
JUDGE OF THE U.S. DISTRICT COURT

2

STIPULATION AND [PROPOSED] ORDER
Case No. CV 07 5683 MMC
2965445v1 882097