**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____
www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                      415.522.2000

December 6, 2007

Superior Court of California
City and County of San Francisco
400 McAllister
San Francisco, CA 94102

RE:  CV 07-05683 MMC    ADEIFE OMOTADE-v-AROLD B GLASSBERG
        Your Case Number: (CGC-07-467764)
Dear Clerk,

        Pursuant to an order remanding the above captioned case to your court, transmitted

herewith are:

        (x)        Certified copies of docket entries

        (x)        Certified copies of Remand Order

        (x)        Other

Please acknowledge receipt of the above documents on the attached copy of this letter.


                        Sincerely,

                        RICHARD W. WIEKING, Clerk

                        by:  Alfred Amistoso
                        Case Systems Administrator


Enclosures
Copies to counsel of record


NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg