**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

December 6, 2007

General Court Number

ENDORSED FILED
SUPERIOR COURT
COUNTY OF SAN FRANCISCO

DEC - 7 2007

GORDON PARK-LI, Clerk
BY: _____
Deputy Clerk

Superior Court of California
City and County of San Francisco
400 McAllister
San Francisco, CA 94102

RE: CV 07-05683 MMC   ADEIFE OMOTADE-v-AROLD B GLASSBERG
    Your Case Number: (CGC-07-467764)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(x)   Certified copies of docket entries

(x)   Certified copies of Remand Order

(x)   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

*Alfred Amistoso*

by: Alfred Amistoso
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE NECESSARY IF MAILED IN THE UNITED STATES

SAN FRANCISCO CA 941
26 DEC 2007 PM

FILED
DEC 2 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA